1

2

3

4

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LEROY ANDREOZZI,

11          Plaintiff,                    No. CIV S-05-2102 GEB KJM P

12       vs.

13   T. SCHWARTZ, et al.,

14          Defendants.              ORDER

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has requested that this action be

17   dismissed.  As provided by Federal Rule of Civil Procedure 41(a), plaintiff's request shall be

18   honored.

19          Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

20   DATED:  August 11, 2006.

21

22   _____
     UNITED STATES MAGISTRATE JUDGE

23

24

25

26   /mp
     andr2102.59